AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mahoney, Margaret A. | Southern District of AL Mobile | 08/31/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2014<br>to<br>04/30/2015 |

**7. Chambers or Office Address**

Apartment 1928
25878 Pollard Road
Daphne Alabama 36526

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014-15 | Pension from Colgate-Palmolive Company-AXA Equitable |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 01/16-018 2014 | Los Angeles CA | Speaker at Seminar | Transportation, Meals, Lodging |
| 2. | American Bankruptcy Institute | 03/12-14 2014 | Malibu CA | Speaker at Educational Seminar | Transportation, Meals, Lodging |
| 3. | Southeastern Bankruptcy Law Institute | 03/20-22 2014 | Atlanta GA | Speaker at Seminar | Transportation, Meals, Lodging |
| 4. | Mortgage Bankers Association | 05/04-06 2014 | San Diego CA | Speaker at Seminar | Transportation, Meals, Lodging |
| 5. | Alabama Bar Association | 06/06-08 2014 | Sandestin FL | Speaker at Seminar | Transportation, Meals, Lodging |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 39

**Name of Person Reporting**

**Mahoney, Margaret A.**

**Date of Report**

08/31/2015

| 6. | American Bankruptcy Institute | 07/24-27 2014 | Amelia Island FL | Speaker at Seminar | Transportation, Meals, Lodging |
|---|---|---|---|---|---|
| 7. | American Legal Institute | 07/31-08/02 2014 | Boston MA | Speaker at Seminar | Transportation, Meals, Lodging |
| 8. | George Mason University Foundation, Inc. | 09/14-17 2014 | San Francisco CA | Speaker at Conference | Transportation, Meals, Lodging |
| 9. | Northern District of Florida Bankruptcy Bar Association | 09/18-19 2014 | Sandestin FL | Speaker at Seminar | Transportation, Meals, Lodging |
| 10. | Northern New York Bankruptcy Bar Association | 10/23-25 2014 | Cooperstown NY | Speaker at Seminar | Transportation, Meals, Lodging |
| 11. | Cumberland University School of Law | 10/30-31 2014 | Birmingham AL | Speaker at Seminar | Transporation, Meals, Lodging |
| 12. | University of Alabama School of Law | 11/13-14 2014 | Birmingham, AL | Speaker at Educational Seminar | Transportation, Meals |
| 13. | Mid-South Commercial Law Institute | 12/03-06 2014 | Nashville TN | Speaker at Seminar | Transportation, Meals, Lodging |
| 14. | Herckering Institute - University of Miami | 01/13-15 2015 | Orlando FL | Attend Conference | Transportation, Meals, Lodging |
| 15. | American Bankruptcy Institute | 01/19-20 2015 | New Orleans LA | Speaker at Seminar | Transportation, Meals, Lodging |
| 16. | American College of Bankruptcy | 01/23-25 2015 | Sarasota FL | Speaker at Educational Seminar | Transporation, Meals |
| 17. | Advanced Consumer Bankruptcy Practice | 02/15-17 2015 | Nashville TN | Speaker at Educational Seminar | Transporation, Meals |
| 18. | American Bankruptcy Law Institute | 03/11-14 2015 | Malibu CA | Speaker at Educational Seminar | Transportation, Meals, Lodging |
| 19. | Southeastern Bankruptcy Law Institute | 03/25-29 2015 | Atlanta GA | Speaker at Educational Seminar | Transportation, Meals, Lodginin |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. of Education | Student loan | K |
| 2. | | 15 | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank | A | Interest | L | T | | | | | |
| 2. Principal Mutual Life - cash value | B | Dividend | K | T | | | | | |
| 3. Northwestern Mutual Life - cash value | B | Dividend | K | T | | | | | |
| 4. Centennial Money Market n/k/a RW Baird Money Market Fund | A | Interest | J | T | | | | | |
| 5. Great Hall Investment Funds n/k/a Prime Money Market Fund | A | Interest | | | Closed | 02/10/14 | J | A | |
| 6. African Queen Mines | | None | J | T | | | | | |
| 7. Aftermath Silver n/k/a Full Metal Zinc (new name as of 04/07/2014) | | None | J | T | | | | | |
| 8. Alamos Gold | | None | J | T | Buy | 02/14/14 | J | | |
| 9. Amazon Corp. | | None | | | Expired | 02/15/14 | J | | |
| 10. Arian Resource Corp. | | None | J | T | Buy | 03/13/14 | J | | |
| 11. | | | | | Buy | 01/07/14 | J | | |
| 12. Asanko Gold | | None | | | Sold | 02/14/14 | J | | |
| 13. Aurico Gold Inc. | | None | | | Buy | 01/05/14 | J | | |
| 14. | | | | | Sold | 01/21/14 | J | A | |
| 15. Aurizon Mines | | None | | | Sold | 02/12/14 | J | A | |
| 16. Bayfield Ventures | | None | J | T | | | | | |
| 17. Bravada Gold n/k/a Homestead Gold | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. B2 Gold Corp | | None | J | T | Buy | 04/10/14 | J | | |
| 19. CBM Asia Development | | None | J | T | | | | | |
| 20. Copper Bank Resources Corp. | | None | J | T | Spinoff (from line 37) | 11/18/14 | J | | |
| 21. Corvus Gold | | None | J | T | Buy | 08/13/14 | J | | |
| 22. Denison Mines Corp | | None | J | T | | | | | |
| 23. Deutsche Bank Ag n/k/a Powershares Double Gold Long | | None | J | T | | | | | |
| 24. Direxion Gold Miners Bull | | None | | | Sold | 01/21/14 | J | A | |
| 25. Eagle Plains Resources | | None | J | T | | | | | |
| 26. East Maine Resources | | None | J | T | | | | | |
| 27. El Dorado Gold Corp. | | None | | | Sold | 03/09/15 | J | A | |
| 28. Entree Gold | | None | J | T | | | | | |
| 29. Endeavour Mining | | None | J | T | Sold (part) | 06/12/14 | J | A | |
| 30. Endeavour Silver | | None | | | Sold (part) | 01/24/14 | J | A | |
| 31. | | | | | Sold | 06/03/14 | J | A | |
| 32. Everton Resources | | None | J | T | | | | | |
| 33. Evolving Gold | | None | J | T | | | | | |
| 34. Fire River Gold | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fortuna Silver | | None | | | Sold (part) | 01/21/14 | J | A | |
| 36. | | | | | Sold | 01/24/14 | J | A | |
| 37. Full Metal Minerals(n/k/a name change of Aftermath Silver 04/07/14) | | | | | | | | | |
| 38. Garibaldi Resources | | None | J | T | | | | | |
| 39. Geovic Mining | | None | J | T | Buy | 03/06/14 | J | | |
| 40. Gold Bullion Development | | None | J | T | | | | | |
| 41. Golden Queen | | None | J | T | Sold (part) | 01/21/14 | J | A | |
| 42. | | | | | Sold (part) | 01/27/14 | J | A | |
| 43. | | | | | Sold (part) | 06/03/14 | J | A | |
| 44. Great Panther Silver | | None | J | T | Sold (part) | 09/30/14 | J | A | |
| 45. Homestake Resource | | None | J | T | | | | | |
| 46. I. M. Gold | | None | J | T | Sold (part) | 01/27/14 | J | A | |
| 47. Impact Silver | | None | J | T | | | | | |
| 48. Intel Corp | | None | | | Buy | 07/07/14 | J | | |
| 49. | | | | | Sold | 10/15/14 | J | A | |
| 50. L13 Energy n/k/a Li3 Energy | | None | J | T | | | | | |
| 51. Lincoln Mining | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Market Vectors Gold Miners | | None | | | Buy | 02/07/14 | J | | |
| 53. | | | | | Sold | 02/12/14 | J | A | |
| 54. | | | | | Buy | 08/26/14 | J | | |
| 55. | | | | | Sold | 12/22/14 | J | A | |
| 56. McEwen Mining f/k/a U.S. Gold | | None | K | T | Sold (part) | 01/21/14 | J | A | |
| 57. | | | | | Sold (part) | 01/24/14 | J | A | |
| 58. | | | | | Sold (part) | 06/03/14 | J | A | |
| 59. | | | | | Sold (part) | 09/30/14 | J | A | |
| 60. McEwen Mining Minera | | None | J | T | Sold (part) | 09/30/14 | J | A | |
| 61. Moneta Porcupine Mines | | None | J | T | | | | | |
| 62. Netco Silver n//k/a Brizio Innovations | | None | | | Buy | 02/18/14 | J | | |
| 63. | | | | | Sold | 05/02/14 | J | A | |
| 64. Nevada Exploration | | None | J | T | | | | | |
| 65. New Gold | | None | J | T | Sold (part) | 01/14/14 | J | A | |
| 66. | | | | | Sold (part) | 06/24/14 | J | A | |
| 67. | | | | | Sold (part) | 09/30/14 | J | A | |
| 68. Novo Resources | | None | J | T | Buy | 03/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Olivut Resources | | None | J | T | Sold (part) | 01/21/14 | J | A | |
| 70. Otis Gold | | None | J | T | | | | | |
| 71. Panterra Gold | | None | J | T | | | | | |
| 72. Passport Potash | | None | J | T | | | | | |
| 73. Premier Gold | | None | | | Sold (part) | 06/12/14 | J | A | |
| 74. | | | | | Sold | 07/10/14 | J | A | |
| 75. Proshares Ultrashort QQQ | | None | | | Buy | 01/23/14 | J | | |
| 76. | | | | | Buy | 02/07/14 | J | | |
| 77. | | | | | Sold (part) | 01/24/14 | J | A | |
| 78. | | | | | Sold | 01/28/14 | J | A | |
| 79. Powershares DB Gold Double Long | | | | | Sold | 06/19/14 | J | A | |
| 80. | | | | | Sold | 03/24/14 | J | A | |
| 81. Proshares Ultrashort S & P 500 | | None | | | Buy | 01/21/14 | J | | |
| 82. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 83. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 84. | | | | | Sold (part) | 01/24/14 | J | A | |
| 85. | | | | | Sold (part) | 01/27/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 02/28/14 | J | A | |
| 87. | | | | | Sold (part) | 10/02/14 | J | A | |
| 88. | | | | | Sold (part) | 10/15/14 | J | A | |
| 89. | | | | | Sold | 12/15/14 | J | A | |
| 90. Proshares Ultra Silver | | None | | | Sold | 03/09/15 | J | A | |
| 91. Radius Gold | | None | J | T | | | | | |
| 92. Rackla Metals Inc | | None | J | T | | | | | |
| 93. Ryan Gold | | None | J | T | | | | | |
| 94. Silvercorp Metals Inc. | | None | | | Buy | 03/13/14 | J | | |
| 95. | | | | | Sold | 06/12/14 | J | A | |
| 96. Silver Dragon | | None | J | T | | | | | |
| 97. Silver Standard | | None | | | Buy | 11/11/14 | J | | |
| 98. | | | | | Sold | 03/09/15 | J | A | |
| 99. Silver Wheaton | | None | | | Sold | 07/10/14 | J | A | |
| 100. Silver Wheaton Calls | | None | J | T | Buy | 02/07/14 | J | | |
| 101. | | | | | Sold (part) | 06/13/14 | J | A | |
| 102. Soltoro Resources | | None | J | T | Buy | 03/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Transtlantic Petroleum | None | | | | Sold | 05/02/14 | J | A | |
| 104. WTS Copper Bank Resources Corp. | None | J | T | | Spinoff (from line 37) | 11/18/14 | J | | |
| 105. Proshares Ultrashort Dow30 | None | | | | Buy | 01/15/14 | J | | |
| 106. | | | | | Buy | 01/29/14 | K | | |
| 107. | | | | | Sold (part) | 01/24/14 | J | A | |
| 108. | | | | | Sold (part) | 01/27/14 | J | A | |
| 109. | | | | | Sold | 01/31/14 | J | A | |
| 110. IAG - calls - 01jan16 -3s | None | J | T | | Buy | 02/11/14 | J | | |
| 111. IAG - calls - 01jan16 - 3.5s | None | J | T | | Buy | 01/22/14 | J | | |
| 112. NGD- call - 01jan17 - 4s | None | J | T | | Buy | 11/18/14 | J | | |
| 113. SLW - calls - 01jan16 - 22s | None | J | T | | Buy | 02/07/14 | J | | |
| 114. Agnico Eagle Mines Ltd - Calls | None | | | | Buy | 01/05/14 | J | | |
| 115. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 116. | | | | | Sold (part) | 08/15/14 | J | A | |
| 117. | | | | | Sold | 10/06/14 | J | A | |
| 118. Amazon - Puts | None | | | | Buy | 02/19/14 | J | | |
| 119. | | | | | Buy (add'l) | 02/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 121. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 122. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 123. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 124. | | | | | Sold (part) | 02/20/14 | J | A | |
| 125. | | | | | Sold (part) | 02/24/14 | J | A | |
| 126. | | | | | Sold (part) | 03/04/14 | J | A | |
| 127. | | | | | Sold | 03/14/14 | J | A | |
| 128. Bank of America - Puts | | None | | | Buy | 06/20/14 | J | | |
| 129. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 130. | | | | | Sold (part) | 06/23/14 | J | A | |
| 131. | | | | | Sold | 06/30/14 | J | A | |
| 132. Citigroup - Puts | | None | | | Buy | 06/09/14 | J | | |
| 133. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 134. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 135. | | | | | Sold (part) | 06/13/14 | J | A | |
| 136. | | None | | | Sold | 07/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Celegene Corp. - puts | | None | | | Buy | 06/23/14 | J | | |
| 138. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 139. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 140. | | | | | Sold (part) | 06/24/14 | J | A | |
| 141. | | | | | Sold (part) | 07/08/14 | J | A | |
| 142. | | | | | Sold (part) | 07/17/14 | J | A | |
| 143. | | | | | Sold | 07/18/14 | J | A | |
| 144. iShares MSCI Germany - puts | | None | | | Buy | 08/21/14 | J | | |
| 145. | | | | | Sold | 08/25/14 | J | A | |
| 146. Facebook - puts | | None | | | Buy | 01/22/14 | J | | |
| 147. | | | | | Sold | 01/22/14 | J | A | |
| 148. iShares China Large Cap - calls | | None | | | Buy | 09/03/14 | J | | |
| 149. | | | | | Sold | 09/09/14 | J | A | |
| 150. GDX - Market Vectors Gold Miners EFT - puts - 01 aug14 | | None | | | Buy | 07/24/14 | J | | |
| 151. | | | | | Sold | 07/24/14 | J | A | |
| 152. GDX - puts - 02may14 | | None | | | Buy | 04/15/14 | J | | |
| 153. | | | | | Sold | 04/15/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. GDX - puts - 02may14 | | None | | | Buy | 04/17/14 | J | | |
| 155. | | | | | Sold | 04/21/14 | J | A | |
| 156. GDX - calls - 03oct14 | | None | | | Buy | 01/05/14 | J | | |
| 157. | | | | | Sold | 10/03/14 | J | A | |
| 158. GDX - calls - 05sep14 | | None | | | Buy | 08/25/14 | J | | |
| 159. | | | | | Sold | 08/26/14 | J | A | |
| 160. GDX - calls - 05 sep14 | | None | | | Buy | 08/25/14 | J | | |
| 161. | | | | | Sold | 08/28/14 | J | A | |
| 162. GDX - puts - 05sep14 | | None | | | Buy | 08/25/14 | J | | |
| 163. | | | | | Sold | 08/25/14 | J | A | |
| 164. GDX - calls - 06jun14 | | None | | | Buy | 06/03/14 | J | | |
| 165. | | | | | Sold | 06/03/14 | J | A | |
| 166. GDX - calls - 06jun14 | | None | | | Buy | 05/23/14 | J | | |
| 167. | | | | | Sold | 06/06/14 | J | A | |
| 168. GDX - calls - 07mar14 | | None | | | Buy | 02/13/14 | J | | |
| 169. | | | | | Sold | 02/14/14 | J | A | |
| 170. GDX - calls - 07mar14 | | None | | | Buy | 02/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 02/21/14 | J | A | |
| 172. GDX - calls - 07mar14 | | None | | | Buy | 02/20/14 | J | | |
| 173. | | | | | Sold | 02/21/14 | J | A | |
| 174. GDX - calls - 07nov14 | | None | | | Buy | 10/16/14 | J | | |
| 175. | | | | | Sold | 10/23/14 | J | A | |
| 176. GDX - calls - 11apr14 | | None | | | Buy | 03/12/14 | J | | |
| 177. | | | | | Sold | 03/18/14 | J | A | |
| 178. GDX - calls - 12sep14 | | None | | | Buy | 08/28/14 | J | | |
| 179. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 180. | | | | | Sold (part) | 03/29/14 | J | A | |
| 181. | | | | | Sold | 09/02/14 | J | A | |
| 182. GDX - calls - 14mar14 | | None | | | Buy | 02/24/14 | J | | |
| 183. | | | | | Sold | 02/24/14 | J | A | |
| 184. GDX - calls - 15jan16 | | None | | | Buy | 01/05/14 | J | | |
| 185. | | | | | Buy (add'l) | 03/04/14 | J | | |
| 186. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 187. | | | | | Sold (part) | 04/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 05/07/14 | J | A | |
| 189. GDX - calls - 15aug14 | None | | | | Buy | 07/03/14 | J | | |
| 190. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 191. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 192. | | | | | Sold (part) | 07/08/14 | J | A | |
| 193. | | | | | Sold (part) | 07/10/14 | J | A | |
| 194. | | | | | Sold | 07/14/14 | J | A | |
| 195. GDX - calls - 17may14 | None | | | | Buy | 01/04/14 | J | | |
| 196. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 197. | | | | | Buy (add'l) | 04/08/14 | J | | |
| 198. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 199. | | | | | Buy (add'l) | 04/15/14 | J | | |
| 200. | | | | | Sold (part) | 04/10/14 | J | A | |
| 201. | | | | | Sold (part) | 04/15/14 | J | A | |
| 202. | | | | | Sold | 04/17/14 | J | A | |
| 203. GDX - puts - 19apr14 | None | | | | Buy | 04/11/14 | J | | |
| 204. | | | | | Sold | 04/14/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  GDX - calls - 19jul14 | | None | | | Buy | 05/29/14 | J | | |
| 206. | | | | | Buy (add'l) | 06/15/14 | J | | |
| 207. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 208. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 209. | | | | | Sold (part) | 06/05/14 | J | A | |
| 210. | | | | | Sold (part) | 06/20/14 | J | A | |
| 211. | | | | | Sold (part) | 07/10/14 | J | A | |
| 212. | | | | | Sold | 07/14/14 | J | A | |
| 213.  GDX - calls - 20dec14 | | None | | | Buy | 06/15/14 | J | | |
| 214. | | | | | Buy (add'l) | 08/26/14 | J | | |
| 215. | | | | | Sold (part) | 08/18/14 | J | A | |
| 216. | | | | | Sold | 10/06/14 | J | A | |
| 217.  GDX - calls - 20sep14 | | None | | | Buy | 07/18/14 | J | | |
| 218. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 219. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 220. | | | | | Buy (add'l) | 08/12/14 | J | | |
| 221. | | | | | Sold (part) | 07/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 39

Name of Person Reporting

Mahoney, Margaret A.

Date of Report

08/31/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 07/31/14 | J | A | |
| 223. | | | | | Sold (part) | 08/04/14 | J | A | |
| 224. | | | | | Sold | 08/14/14 | J | A | |
| 225. GDX - calls - 21jun14 | | None | | | Buy | 06/06/14 | J | | |
| 226. | | | | | Sold | 06/06/14 | J | A | |
| 227. GDX - calls - 22aug14 | | None | | | Buy | 08/07/14 | J | | |
| 228. | | | | | Sold | 08/15/14 | J | A | |
| 229. GDX - puts - 22aug14 | | None | | | Buy | 08/16/14 | J | | |
| 230. | | | | | Sold | 08/18/14 | J | A | |
| 231. GDX - calls - 22feb14 | | None | | | Buy | 01/05/14 | J | | |
| 232. | | | | | Buy (add'l) | 02/07/14 | J | | |
| 233. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 234. | | | | | Sold (part) | 01/30/14 | J | A | |
| 235. | | | | | Sold (part) | 02/04/14 | J | A | |
| 236. | | | | | Sold (part) | 02/10/14 | J | A | |
| 237. | | | | | Sold | 02/11/14 | J | A | |
| 238. GD - calls - 22mar14 | | None | | | Buy | 02/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 02/07/14 | J | | |
| 240. | | | | | Sold (part) | 02/05/14 | J | A | |
| 241. | | | | | Sold | 02/11/14 | J | A | |
| 242. GDX - calls - 25apr14 | | None | | | Buy | 04/15/14 | J | | |
| 243. | | | | | Sold | 04/17/14 | J | A | |
| 244. GDX - puts - 25apr14 | | None | | | Buy | 04/21/14 | J | | |
| 245. | | | | | Sold | 04/21/14 | J | A | |
| 246. GDX - calls - 28feb14 | | None | | | Buy | 02/13/14 | J | | |
| 247. | | | | | Sold | 02/14/14 | J | A | |
| 248. GDX - calls - 28mar14 | | None | | | Buy | 03/13/14 | J | | |
| 249. | | | | | Buy (add'l) | 03/14/14 | J | | |
| 250. | | | | | Sold (part) | 03/14/14 | J | A | |
| 251. | | | | | Sold (part) | 03/17/14 | J | A | |
| 252. | | | | | Sold | 03/19/14 | J | A | |
| 253. GDX - calls 29aug14 | | None | | | Buy | 08/12/14 | J | | |
| 254. | | | | | Sold | 08/15/14 | J | A | |
| 255. GDX - calls - 30may14 | | None | | | Buy | 05/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 05/20/14 | J | A | |
| 257. GDX - puts - 31jan14 | | None | | | Buy | 01/14/14 | J | | |
| 258. | | | | | Buy (add'l) | 01/27/14 | J | | |
| 259. | | | | | Sold | 01/27/14 | J | A | |
| 260. GDX - calls - 31jan14 | | None | | | Buy | 01/24/14 | J | | |
| 261. | | | | | Buy (add'l) | 01/27/14 | J | | |
| 262. | | | | | Sold | 01/27/14 | J | A | |
| 263. GDX - calls - 03oct14 | | None | | | Buy | 01/05/14 | J | | |
| 264. | | | | | Sold | 10/03/14 | J | A | |
| 265. Market Vectors Junior Gold Miners ETF - GDXJ - calls - 03oct14 | | None | | | Buy | 01/05/14 | J | | |
| 266. | | | | | Sold | 10/03/14 | J | A | |
| 267. GDXJ - calls - 07feb14 | | None | | | Buy | 01/09/14 | M | | |
| 268. | | | | | Sold | 01/14/14 | J | A | |
| 269. GDXJ - calls - 16aug14 | | None | | | Buy | 07/08/14 | J | | |
| 270. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 271. | | | | | Sold (part) | 07/10/14 | J | A | |
| 272. | | | | | Sold | 07/14/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. GDX - calls - 02apr15 | | None | | | Buy | 03/14/15 | J | | |
| 274. | | | | | Sold | 03/18/15 | J | A | |
| 275. GDX - calls - 02apr15 | | None | | | Buy | 03/18/15 | J | | |
| 276. | | | | | Sold | 03/18/15 | J | A | |
| 277. GDX - calls - 02apr15 | | None | | | Buy | 03/20/15 | J | | |
| 278. | | | | | Sold | 03/20/15 | J | A | |
| 279. GDX - calls - 02apr15 | | None | | | Buy | 03/23/15 | J | | |
| 280. | | | | | Sold | 03/14/15 | J | A | |
| 281. GDX - calls 10apr15 | | None | | | Buy | 03/26/15 | J | | |
| 282. | | | | | Sold | 03/16/15 | J | A | |
| 283. GDX - calls - 10apr15 | | None | | | Buy | 04/10/15 | J | | |
| 284. | | | | | Sold | 04/10/15 | J | A | |
| 285. GDX - calls - 08may15 | | None | | | Buy | 04/22/15 | J | | |
| 286. | | | | | Sold | 04/22/15 | J | A | |
| 287. | | | | | Buy | 04/23/15 | J | | |
| 288. | | | | | Sold | 04/23/15 | J | A | |
| 289. Goldcorp Inc - GG - calls - 15jan16 | | None | | | Buy | 01/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 04/17/14 | J | A | |
| 291. GG - calls - 16aug14 | | None | | | Buy | 06/30/14 | J | | |
| 292. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 293. | | | | | Sold (part) | 07/01/14 | J | A | |
| 294. | | | | | Sold | 07/09/14 | J | A | |
| 295. GG - calls - 17jan16 | | None | | | Buy | 01/05/14 | J | | |
| 296. | | | | | Sold | 10/06/14 | J | A | |
| 297. GG - calls- 17may14 | | None | | | Buy | 03/27/14 | J | | |
| 298. | | | | | Buy (add'l) | 04/15/14 | J | | |
| 299. | | | | | Buy (add'l) | 04/24/14 | J | | |
| 300. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 301. | | | | | Sold (part) | 03/31/14 | J | A | |
| 302. | | | | | Sold (part) | 04/17/14 | J | A | |
| 303. | | | | | Sold (part) | 04/28/14 | J | A | |
| 304. | | | | | Sold | 05/07/14 | J | A | |
| 305. GG - puts - 17may14 | | None | | | Buy | 05/08/14 | J | | |
| 306. | | | | | Sold | 05/09/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  GG - calls - 18oct14 | None | | | | Buy | 08/16/14 | J | | |
| 308. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 309. | | | | | Sold (part) | 08/18/14 | J | A | |
| 310. | | | | | Sold | 08/26/14 | J | A | |
| 311.  GG - calls - 19apr14 | None | | | | Buy | 03/06/14 | J | | |
| 312. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 313. | | | | | Buy (add'l) | 04/08/14 | J | | |
| 314. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 315. | | | | | Sold (part) | 03/07/14 | J | A | |
| 316. | | | | | Sold (part) | 03/21/14 | J | A | |
| 317. | | | | | Sold | 04/10/14 | J | A | |
| 318.  GG - calls - 19jul14 | None | | | | Buy | 06/18/14 | J | | |
| 319. | | | | | Sold | 06/20/14 | J | A | |
| 320.  GG - calls 0 20sep14 | None | | | | Buy | 08/06/14 | J | | |
| 321. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 322. | | | | | Sold | 08/15/14 | J | A | |
| 323.  GG - calls - 22feb14 | None | | | | Buy | 01/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 01/22/14 | J | A | |
| 325. Gilead Sciences Inc. - GILD -- puts - 19jul14 | None | | | | Buy | 06/16/14 | J | | |
| 326. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 327. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 328. | | | | | Sold (part) | 06/20/14 | J | A | |
| 329. | | | | | Sold (part) | 06/24/14 | J | A | |
| 330. | | | | | Sold | 06/26/14 | J | A | |
| 331. SPDR Gold Shares - GLD - calls - 03jul14 | None | | | | Buy | 06/18/14 | J | | |
| 332. | | | | | Sold | 06/20/14 | J | A | |
| 333. GLD - calls - 25jul14 | None | | | | Buy | 07/11/14 | J | | |
| 334. | | | | | Sold | 07/14/14 | J | A | |
| 335. GLD - calls - 31jan14 | None | | | | Buy | 01/15/14 | J | | |
| 336. | | | | | Sold | 01/21/14 | J | A | |
| 337. GLD - puts 32jan14 | None | | | | Buy | 01/15/14 | J | | |
| 338. | | | | | Sold | 01/21/14 | J | A | |
| 339. Randold Resources - GOLD - calls - 18 aug14 | None | | | | Buy | 07/03/14 | J | | |
| 340. | | | | | Sold | 07/08/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. GOLD - calls - 17may714 | | None | | | Buy | 04/10/14 | J | | |
| 342. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 343. | | | | | Sold (part) | 04/10/14 | J | A | |
| 344. | | | | | Sold | 04/15/14 | J | A | |
| 345. Goldcorp inc. | | None | | | Buy | 08/21/14 | J | | |
| 346. | | | | | Sold | 08/21/14 | J | A | |
| 347. Groupon - CRPN - puts 19apr14 | | None | | | Buy | 01/05/14 | J | | |
| 348. | | | | | Sold | 04/04/14 | J | A | |
| 349. Intel Corp. INTC - puts - 01aug14 | | None | | | Buy | 07/17/14 | J | | |
| 350. | | | | | Sold | 07/22/14 | J | A | |
| 351. INTC - pusts -16aug14 | | None | | | Buy | 07/21/14 | J | | |
| 352. | | | | | Sold | 07/22/14 | J | A | |
| 353. iShares Russell 2000 - IWM - 17ma714 | | None | | | Buy | 05/02/14 | J | | |
| 354. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 355. | | | | | Sold | 05/05/14 | J | A | |
| 356. JP Morgan Chase - JPM - puts | | None | | | Buy | 01/05/14 | J | | |
| 357. | | | | | Buy (add'l) | 06/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 359. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 360. | | | | | Sold (part) | 06/13/14 | J | A | |
| 361. | | | | | Sold (part) | 06/23/14 | J | A | |
| 362. | | | | | Sold (part) | 06/27/14 | J | A | |
| 363. | | | | | Sold | 07/01/14 | J | A | |
| 364. Market Vectors Gold Miners | | None | | | Buy | 02/04/14 | J | | |
| 365. | | | | | Buy (add'l) | 02/14/14 | J | | |
| 366. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 367. | | | | | Sold (part) | 02/04/14 | J | A | |
| 368. | | | | | Sold (part) | 02/14/14 | J | A | |
| 369. | | | | | Sold | 02/18/14 | J | A | |
| 370. New Gold Inc - NGD - calls - 15jan16 | | None | | | Buy | 02/26/14 | J | | |
| 371. | | | | | Sold | 04/15/14 | J | A | |
| 372. Pandora Media Inc. - P - puts 16aud14 | | None | | | Buy | 08/01/14 | J | | |
| 373. | | | | | Sold | 08/04/14 | J | A | |
| 374. P - puts - 19apr14 | | None | | | Buy | 04/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 04/11/14 | J | A | |
| 376.  P - puts - 19jul14 | | None | | | Buy | 07/15/14 | J | | |
| 377. | | | | | Sold | 07/15/14 | J | A | |
| 378.  P - puts 20sep14 | | None | | | Buy | 01/05/14 | J | | |
| 379. | | | | | Sold (part) | 08/01/14 | J | A | |
| 380. | | | | | Sold | 08/06/14 | J | A | |
| 381.  Pan American Silver Corp - PAAS - calls - 17 jan15 | | None | | | Buy | 09/05/14 | J | | |
| 382. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 383. | | | | | Sold | 10/06/14 | J | A | |
| 384.  PAAS - calls - 17may14 | | None | | | Buy | 04/06/14 | J | | |
| 385. | | | | | Sold | 04/11/14 | J | A | |
| 386.  QQQ - PowerShares QQQ ETF - puts 02may14 | | None | | | Buy | 01/05/14 | J | | |
| 387. | | | | | Sold | 04/07/14 | J | A | |
| 388.  QQQ - puts - 19apr14 | | None | | | Buy | 03/11/14 | J | | |
| 389. | | | | | Buy (add'l) | 03/26/14 | J | | |
| 390. | | | | | Sold (part) | 03/12/14 | J | A | |
| 391. | | | | | Sold | 03/28/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. QQQ - puts - 25apr14 | | None | | | Buy | 03/28/14 | J | | |
| 393. | | | | | Sold | 03/31/14 | J | A | |
| 394. QQQ - puts - 28feb14 | | None | | | Buy | 02/10/14 | J | | |
| 395. | | | | | Sold | 02/11/14 | J | A | |
| 396. QQQ - puts - 23jan15 | | None | | | Buy | 01/01/15 | J | | |
| 397. | | | | | Sold | 01/16/15 | J | A | |
| 398. QQQ - puts - 23jan15 | | None | | | Buy | 01/20/15 | J | | |
| 399. | | | | | Sold | 01/21/15 | J | A | |
| 400. QQQ - puts - 30jan15 | | None | | | Buy | 01/21/15 | J | | |
| 401. | | | | | Sold | 01/22/15 | J | A | |
| 402. QQQ - puts - 30jan15 | | None | | | Buy | 01/21/15 | J | | |
| 403. | | | | | Sold | 01/22/15 | J | A | |
| 404. Market Vectors Russia ETF - RSX - 16aug14 | | None | | | Buy | 07/17/14 | J | | |
| 405. | | | | | Sold | 07/21/14 | J | A | |
| 406. RSX - calls - 20sep14 | | None | | | Buy | 07/24/14 | J | | |
| 407. | | | | | Sold | 07/25/14 | J | A | |
| 408. RSX - calls - 22aug14 | | None | | | Buy | 08/22/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 08/22/14 | J | A | |
| 410. RSX - calls - 22nov14 | | None | | | Buy | 07/21/14 | J | | |
| 411. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 412. | | | | | Sold (part) | 08/28/14 | J | A | |
| 413. | | | | | Sold | 10/06/14 | J | A | |
| 414. iShares Silver Trust - SLV - calls - 17apr15 | | None | | | Buy | 07/26/14 | J | | |
| 415. | | | | | Sold | 08/15/14 | J | A | |
| 416. SLV - calls - 19jul14 | | None | | | Buy | 07/03/14 | J | | |
| 417. | | | | | Sold | 07/07/14 | J | A | |
| 418. SLV - puts - 21jun14 | | None | | | Buy | 05/28/14 | J | | |
| 419. | | | | | Sold | 05/29/14 | J | A | |
| 420. SLV - calls - 23may14 | | None | | | Buy | 05/08/14 | J | | |
| 421. | | | | | Buy (add'l) | 05/12/14 | J | | |
| 422. | | | | | Sold (part) | 05/09/14 | J | A | |
| 423. | | | | | Sold (part) | 05/13/14 | J | A | |
| 424. | | | | | Sold | 05/14/14 | J | A | |
| 425. SLV - calls - 30may14 | | None | | | Buy | 05/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 39

**Name of Person Reporting**

Mahoney, Margaret A.

**Date of Report**

08/31/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 427. | | | | | Sold | 05/15/14 | J | A | |
| 428. Silver Wheaton - SLW - calls - 03oct14 | None | | | | Buy | 09/11/14 | J | | |
| 429. | | | | | Sold | 10/03/14 | J | A | |
| 430. SLW - calls - 12sep14 | None | | | | Buy | 01/05/14 | J | | |
| 431. | | | | | Sold | 08/25/14 | J | A | |
| 432. SLW - calls - 15jan15 | None | | | | Buy | 01/05/14 | J | | |
| 433. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 434. | | | | | Sold | 04/17/14 | J | A | |
| 435. SLW - calls - 17may14 | None | | | | Buy | 01/05/15 | J | | |
| 436. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 437. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 438. | | | | | Buy (add'l) | 03/28/14 | J | | |
| 439. | | | | | Sold (part) | 03/25/14 | J | A | |
| 440. | | | | | Sold (part) | 03/26/14 | J | A | |
| 441. | | | | | Sold | 03/31/14 | J | A | |
| 442. SLW - calls - 18oct14 | None | | | | Buy | 08/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 08/18/14 | J | A | |
| 444.  SLW - calls - 19apr14 | | None | | | Buy | 03/06/14 | J | | |
| 445. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 446. | | | | | Sold (part) | 03/07/14 | J | A | |
| 447. | | | | | Sold | 03/19/14 | J | A | |
| 448.  SLW - calls - 20dec14 | | None | | | Buy | 01/05/14 | J | | |
| 449. | | | | | Sold | 12/19/14 | J | A | |
| 450.  SLW - calls - 22feb14 | | None | | | Buy | 01/28/14 | J | | |
| 451. | | | | | Sold | 01/30/14 | J | A | |
| 452.  SLW - calls - 22mar14 | | None | | | Buy | 01/03/14 | J | | |
| 453. | | | | | Buy (add'l) | 01/05/14 | J | | |
| 454. | | | | | Buy (add'l) | 01/15/14 | J | | |
| 455. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 456. | | | | | Buy (add'l) | 02/07/14 | J | | |
| 457. | | | | | Sold (part) | 01/14/14 | J | A | |
| 458. | | | | | Sold (part) | 01/22/14 | J | A | |
| 459. | | | | | Sold | 02/12/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  SLW - calls 17apr15 | | None | | | Buy | 03/30/15 | J | | |
| 461. | | | | | Sold | 03/31/15 | J | A | |
| 462.  SLW - calls - 17apr15 | | None | | | Buy | 04/01/15 | J | | |
| 463. | | | | | Sold | 04/01/15 | J | A | |
| 464. | | | | | Buy | 04/10/15 | J | | |
| 465. | | | | | Sold | 04/10/15 | J | A | |
| 466. | | | | | Buy | 04/17/15 | J | | |
| 467. | | | | | Sold | 04/17/15 | J | A | |
| 468.  SPDR S&P 500 ETF - SPY - puts | | None | | | Buy | 07/17/14 | J | | |
| 469. | | | | | Sold | 07/18/14 | J | A | |
| 470.  SPY - puts - 05sep14 | | None | | | Buy | 08/25/14 | J | | |
| 471. | | | | | Sold | 08/26/14 | J | A | |
| 472.  SPY - puts - 08aug14 | | None | | | Buy | 08/05/14 | J | | |
| 473. | | | | | Sold | 08/05/14 | J | A | |
| 474.  SPY - puts - 08aug14 | | None | | | Buy | 08/05/14 | J | | |
| 475. | | | | | Sold | 08/05/14 | J | A | |
| 476.  SPY - puts - 09may14 | | None | | | Buy | 04/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 39

Name of Person Reporting

Mahoney, Margaret A.

Date of Report

08/31/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold | 05/02/14 | J | A | |
| 478. SPY - puts - 16aug14 | | None | | | Buy | 07/25/14 | J | | |
| 479. | | | | | Sold | 07/28/14 | J | A | |
| 480. SPY - puts - 20sep14 | | None | | | Buy | 07/25/14 | J | | |
| 481. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 482. | | | | | Sold (part) | 08/15/14 | J | A | |
| 483. | | | | | Sold | 08/18/14 | J | A | |
| 484. SPY - puts - 22aug14 | | None | | | Buy | 08/07/14 | J | | |
| 485. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 486. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 487. | | | | | Sold (part) | 08/13/14 | J | A | |
| 488. | | | | | Sold | 08/21/14 | J | A | |
| 489. SPY - puts - 23may14 | | None | | | Buy | 05/08/14 | J | | |
| 490. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 491. | | | | | Sold (part) | 05/09/14 | J | A | |
| 492. | | | | | Sold | 05/15/14 | J | A | |
| 493. SPY - puts - 28feb14 | | None | | | Buy | 02/11/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 495. | | | | | Buy (add'l) | 02/13/14 | J | | |
| 496. | | | | | Sold | 02/13/14 | J | A | |
| 497. SPY - puts - 30sep14 | | None | | | Buy | 09/03/14 | J | | |
| 498. | | | | | Sold | 09/04/14 | J | A | |
| 499. SPY - puts 31jan14 | | None | | | Buy | 01/24/14 | J | | |
| 500. | | | | | Buy (add'l) | 01/27/14 | J | | |
| 501. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 502. | | | | | Sold (part) | 01/27/14 | J | A | |
| 503. | | | | | Sold | 01/28/14 | J | A | |
| 504. SPY - calls - 23jan15 | | None | | | Buy | 01/16/15 | J | | |
| 505. | | | | | Sold | 01/16/15 | J | A | |
| 506. SPY - calls - 23jan15 | | None | | | Buy | 01/16/15 | J | | |
| 507. | | | | | Sold | 01/20/15 | J | A | |
| 508. Silver Standard Resources Inc. - SSRI - calls 17ma714 | | None | | | Buy | 04/22/14 | J | | |
| 509. | | | | | Sold | 05/07/14 | J | A | |
| 510. Tesla Motors Inc. - TSLA - puts - 07feb4 | | None | | | Buy | 01/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold | 01/07/14 | J | A | |
| 512.  Energy Select Sector SPDR ETF - XLE - puts 16aug14 | None | | | | Buy | 01/05/14 | J | | |
| 513. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 514. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 515. | | | | | Sold (part) | 07/09/14 | J | A | |
| 516. | | | | | Sold | 07/15/14 | J | A | |
| 517.  XLE - puts - 19jul14 | None | | | | Buy | 06/26/14 | J | | |
| 518. | | | | | Sold (part) | 06/26/14 | J | A | |
| 519. | | | | | Sold | 06/30/14 | J | A | |
| 520.  Yelp - calls 18jan14 | None | | | | Buy | 01/09/14 | J | | |
| 521. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 522. | | | | | Sold | 01/10/14 | J | A | |
| 523.  Yelp - puts - 25jul14 | None | | | | Buy | 07/15/14 | J | | |
| 524. | | | | | Sold | 07/18/14 | J | A | |
| 525.  Yelp | None | | | | Buy | 01/15/14 | J | | |
| 526. | | | | | Sold | 01/19/14 | J | A | |
| 527.  Trades of Australian Currency | None | J | T | | Buy | | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | | J | A | |
| 529. Trades of Canadian Currency | None | J | T | | Buy | | J | | |
| 530. | | | | | Sold | | J | A | |
| 531. Trades of Euros | None | J | T | | Buy | | J | | |
| 532. | | | | | Sold | | J | A | |
| 533. Trades of British Pound | None | J | T | | Buy | | J | | |
| 534. | | | | | Sold | | J | A | |
| 535. Trades of Japanese Yen | None | J | T | | Buy | | J | | |
| 536. | | | | | Sold | | J | A | |
| 537. Trades of Soybean Oil | None | J | T | | Buy | | J | | |
| 538. | | | | | Sold | | J | A | |
| 539. Trades of Cocoa | None | | | | Buy | | J | | |
| 540. | | | | | Sold | | J | | |
| 541. Trades of Cotton | None | | | | Buy | | J | | |
| 542. | | | | | Sold | | J | A | |
| 543. Trades of Mini S&P | None | | | | Buy | | J | | |
| 544. | | | | | Sold | | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Trades of Micro Gold | | None | | | Buy | | J | | |
| 546. | | | | | Sold | | J | A | |
| 547. Trades of Mini NASDAQ | | None | | | Buy | | J | | |
| 548. | | | | | Sold | | J | A | |
| 549. Trades of Sugar | | None | | | Buy | | J | | |
| 550. | | | | | Sold | | J | A | |
| 551. Trades of Mini Silver | | None | | | Buy | | J | | |
| 552. | | | | | Sold | | J | A | |
| 553. Trades of 10-yr US notes - ZN | | None | | | Buy | | J | | |
| 554. | | | | | Sold | | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 08/31/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I have listed that I had investments in currency trades and commodity trades made througout the year. The trades do not lend themselves to being listed in the format requred. All currencies and commodities were bought and sold during 2014 and 2015. If required, the backup sheets from the brokerage firms are available.

This is my final report and I have been given written permission to file for the period 01/01/2014 - 04/30/2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Margaret A. Mahoney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544